United States District Court
Southern District of Texas
ENTERED
JUL 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 16 1998
Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| JOSE VELEZ, JUAN ANTONIO ALEJANDRO, MANUEL CAMACHO, MIGUEL CANTU, AND FRANCISCO ELIAS REYES | § § § § § § | |
| VS. | § | CIVIL ACTION NO. B-98-088 |
| GERRALD'S VIDALIA SWEET ONIONS, INC., TERRY GERRALD, AND BALDO SAUCEDA | § § § § | |

TYPE OF CASE:  __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT BALDO SAUCEDA'S MOTION TO DISMISS**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, 32**

DATE AND TIME:

**JULY 22, 1998 AT 10:30 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: JULY 16, 1998

TO: MS. SELENA SOLIS
    MR. JOHN BYRD