United States District Court
Southern District of Texas
ENTERED

JUL 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 28 1998

Michael N. Milby, Clerk of Court

## ORDER

| | | |
|---|---|---|
| JOSE VELEZ, JUAN ANTONIO ALEJANDRO, MANUEL CAMACHO, MIGUEL CANTU, AND FRANCISCO ELIAS REYES | § § § § § | |
| VS. | § | CIVIL ACTION NO. B-98-088 |
| GERRALD'S VIDALIA SWEET ONIONS, INC., TERRY GERRALD, AND BALDO SAUCEDA | § § § § | |

TYPE OF CASE: ___X___ CIVIL           _____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON ALL PENDING MOTIONS AND SCHEDULING CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**AUGUST 6, 1998 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: JULY 28, 1998

TO: MS. SELENA SOLIS
    MR. JOHN BYRD