12

United States District Court
Southern District of Texas
ENTERED

AUG 07 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSE VELEZ, JUAN ANTONIO ALEJANDRO, MANUEL CAMACHO, MIGUEL CANTU, and FRANCISCO ELIAS REYES § § § § § § Plaintiffs, § § v. § § GERRALD'S VIDALIA SWEET § ONIONS, INC., TERRY GERRALD, § and BALDO SAUCEDA, § § Defendant. § | CIVIL ACTION NO. B-98-88<br><br>JURY |

## ORDER

On this day came on to be heard before this Court PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT TERRY GERRALD'S MOTION TO DISMISS AND FOR LEAVE OF COURT TO CONDUCT LIMITED DISCOVERY. Having reviewed the Motion, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED, that Plaintiffs are allowed until November 4, 1998, to conduct limited discovery and file a response to Defendant Terry Gerrald's Motion to Dismiss.

Signed this the 6th day of AUG, 1998.

_____
Presiding Judge