United States District Court
Southern District of Texas
ENTERED
AUG 07 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG — —
Michael N. Milby, Clerk of Court

14

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE VELEZ, JUAN ANTONIO ALEJANDRO, MANUEL CAMACHO, MIGUEL CANTU AND FRANCISCO ELIAS REYES § § § § § | |
| VS. § § | CIVIL ACTION NO. B-98-088 |
| GERRALD'S VIDALIA SWEET ONIONS, INC., TERRY GERRALD, AND BALDO SAUCEDA § § § | |

## O R D E R

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **September 10, 1999.** If additional time is required, a motion requesting such extension must be filed no later than **August 13, 1999.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **October 8, 1999.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **October 8, 1999 at 2:00 P.M.**

(5) Final Pretrial is set for **November 4, 1999 at 8:30 A.M.** before Judge Hilda G. Tagle. Jury selection is set for **November 5, 1999 at 8:30 A.M.** before Judge Hilda G. Tagle.

(6) Trial on the merits is set for **November 1999**, docket call.

DONE at Brownsville, Texas, on this 6th day of August 1998.

_____
John Wm. Black
United States Magistrate Judge