UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE VELEZ, JUAN ANTONIO ALEJANDRO, MANUEL CAMACHO, MIGUEL CANTU, and FRANCISCO ELIAS REYES | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. B-98-88 |
| v. | § § | JURY |
| GERRALD'S VIDALIA SWEET ONIONS, INC., TERRY GERRALD, and BALDO SAUCEDA, | § § § § | |
| Defendant. | § | |

## ORDER

On this day came on to be heard before this Court the JOINT MOTION TO EXTEND

DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANT TERRY GERRALD'S

MOTION TO DISMISS. Having reviewed the Motion, the Court is of the opinion that it should

be granted.

IT IS THEREFORE ORDERED, that Plaintiffs are allowed until December 4, 1998, to

file a response to Defendant Terry Gerrald's Motion to Dismiss.

Signed this the ____ day of _____, 1998.

_____
Presiding Judge