21

United States District Court
Southern District of Texas
ENTERED

NOV 12 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Jose Velez, et al                    §
                                     §
versus                               §    C.A. B-98-88
                                     §
                                     §
Terry Gerrald, et al

## ORDER

1. As previously ordered, a settlement conference is set October 8, 1999, at 9:30 A.M., and the joint pretrial order is due October 8, 1999.

2. The pretrial conference and jury selection set before Judge Hilda G. Tagle are canceled. They will be reset after the settlement conference.

Signed on _10 NOV_____, 1998, at Brownsville, Texas.

_____
John Wm. Black
United States Magistrate Judge