23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 20 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE VELEZ, JUAN ANTONIO ALEJANDRO, MANUEL CAMACHO, MIGUEL CANTU, and FRANCISCO ELIAS REYES § § § § § § | |
| Plaintiffs, § | CIVIL ACTION NO. B-98-88 |
| v. § | JURY |
| GERRALD'S VIDALIA SWEET ONIONS, INC., TERRY GERRALD, and BALDO SAUCEDA, § § § § | |
| Defendants. § | |

## ORDER DISMISSING ACTION WITH PREJUDICE
## PURSUANT TO SETTLEMENT AGREEMENT

This matter is before the Court pursuant to an Agreed Motion for Dismissal With Prejudice, informing the Court that Plaintiffs and Defendants have settled their differences and directing the Court that this case should be dismissed with prejudice. The Court being sufficiently advised,

IT IS ORDERED AND ADJUDGED that this action be, and is, DISMISSED WITH PREJUDICE, pursuant to the parties' Settlement Agreement, the terms which are incorporated by reference herein. The Court shall retain jurisdiction to enforce the Settlement Agreement.

DONE this the 14 day of _____, 1999, at Brownsville, Texas.

WILLIAM J. BLACK, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT